

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

HHH Farms, L.L.C., Hartwell Farms, LLC, and Waymon Scott Hartwell, Appellant

No. 06-20-00068-CV          v.

Fannin Bank, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-15-42242).   Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial reversible error in the judgment of the court below.  Therefore, we affirm the trial court's summary judgment on Fannin's breach of contract claims against H. Farms and Hartwell.  We reverse the trial court's judgment on Fannin's alter ego and sham claims and remand those claims to the trial court for resolution by the fact-finder.  Because the trial court's imposition of joint and several liability necessarily flows from Fannin's alter ego and sham claims, that portion of the judgment imposing joint and several liability against the Hartwell Parties is likewise reversed.  We reverse the attorney fee award in favor of Fannin and remand the attorney fee claim to the trial court for resolution by the fact-finder.  We affirm the trial court's summary judgment in favor of Fannin on the Hartwell Parties' counterclaims.

We reverse the summary judgment in favor of American against Fannin.

We remand to the trial court for further proceedings consistent with this opinion.

We further order that the costs of this appeal be taxed fifty percent to Hartwell, twenty-five percent to Fannin, and twenty-five percent to American.

RENDERED NOVEMBER 12, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk